RALPH S. PETTIBONE, as Administrator of the Estate of CHAUNCEY S. PETTIBONE, Deceased, et al., Respondents, *v.* CORIDON S. THOMSON et al., Defendants, and GEORGE T. LOOMIS, as Receiver of the Property of CORIDON S. THOMSON, Appellant.

*Pettibone* v. *Thomson,* 126 App. Div. 922, affirmed.
(Argued December 2, 1909; decided December 17, 1909.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered June 11, 1908, affirming a judgment in favor of plaintiff entered upon the report of a referee in an action to foreclose a mortgage on real property.

*Russell J. Stone* for appellant.

*O. H. Hopkins* and *W. E. Hopkins* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, WILLARD BARTLETT, HISCOCK and CHASE, JJ.